FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR 12 AM 10: 20

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) 5:17CR00001-1 |
| | ) |
| Dianna Michelle Zuniga | ) |

## ORDER TO CONTINUE SUPERVISED RELEASE

On August 6, 2013, the defendant, Dianna Michelle Zuniga, appeared before the Honorable Chief United States District Court Judge Steven D. Merryday in the Middle District of Florida and was sentenced to twelve (12) months imprisonment to be followed by five (5) years supervised release for committing the offense of conspiracy to distribute and to possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(viii), and 851.

On January 24, 2017, jurisdiction of the case was transferred to the Southern District of Georgia.

On March 6, 2018, the defendant, represented by Attorney Gregory C. Perry, appeared for a revocation hearing after the United States Probation Office filed a petition alleging she had violated the terms and conditions of her supervised release by testing positive for controlled substances on four (4) separate occasions. The Court, after hearing testimony, made findings on the record that the defendant had violated the terms and conditions of her supervised release.

The Court, after having reviewed and considered the revocation policy statements developed by the United States Sentencing Commission, orders the defendant to be continued on supervised release.

All other mandatory, standard, and special conditions of supervised release previously imposed on August 6, 2013, shall remain in full force and effect.

SO ORDERED this 12th day of March 2018.

_____
William T. Moore, Jr.
Judge, U.S. District Court


MARCH 12, 2018
Date